**Henry WEBB, Appellant,**

v.

**Unknown GENSLER, Dr., Medical of Douglas County Jail; Douglas County Jail, Omaha, Appellees.**

No. 09–1052.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 5, 2009.

Filed: Nov. 10, 2009.

Henry Webb, Lincoln, NE, pro se.

Stanton N. Beeder, Keith T. Peters, Andrew D. Strotman, Cline & Williams, Lincoln, NE, for Appellees.

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Henry Webb appeals the district court's[1] dismissal without prejudice of his 42 U.S.C. § 1983 action. Upon de novo review, *see Northstar Indus., Inc. v. Merrill Lynch & Co.,* 576 F.3d 827, 831 (8th Cir.2009), we agree with the district court that dismissal was proper because Webb failed to state a section 1983 claim. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Lyle E. Strom, United States District Judge for the District of Nebraska.